No. 96–1889. MUSCO CORP. ET AL. *v.* QUALITE, INC., DBA QUALITE SPORTS LIGHTING, INC. C. A. Fed. Cir. Certiorari denied.

No. 96–1890. BERELLEZ ET AL. *v.* ALVAREZ-MACHAIN. C. A. 9th Cir. Certiorari denied.

No. 96–1891. MIKKILINENI *v.* CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1892. MCLAMB *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–1893. JENKINS *v.* EIGHTH DISTRICT COURT CLERKS ET AL. Sup. Ct. Utah. Certiorari denied.

No. 96–1894. TANFORD ET AL. *v.* BRAND ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1895. MW AG, INC., ET AL. *v.* NEW HAMPSHIRE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 96–1897. MID SOUTH CONTROLS & SERVICES, INC. *v.* HEBERT. Ct. App. La., 3d Cir. Certiorari denied.

No. 96–1900. ARIZONA *v.* WRIGHT. Ct. App. Ariz. Certiorari denied.

No. 96–1901. EMERSON, DBA EMERSON AVIATION *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–1902. BUTLER *v.* GENERAL MOTORS CORP. C. A. 4th Cir. Certiorari denied.

No. 96–1905. RAINBOW GROUP, LTD., ET AL. *v.* CASEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1906. LOWE *v.* NUECES COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96–1907. OLIVARES *v.* NATIONAL AERONAUTICS AND SPACE ADMINISTRATION. C. A. 4th Cir. Certiorari denied.